**Elmer L. NAKISO, Petitioner— Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

**No. 02–15261.**

**D.C. No. CV–01–00288–DAE, CR–01458–DAE.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 19, 2002.

Before HUG, O'SCANNLAIN and TASHIMA, Circuit Judges.

MEMORANDUM**

Federal prisoner Elmer Nakiso appeals pro se the district court's denial of his 28 U.S.C. § 2255 motion to vacate, set aside or correct his sentence for conspiracy to distribute, and distribution of methamphetamine.

Nakiso's contentions, based on *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), that his sentence is unconstitutional, are foreclosed by *United States v. Sanchez–Cervantes,* 282 F.3d 664, 671 (9th Cir.2002) (the rule announced in *Apprendi* does not apply retro-

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

actively to cases on initial collateral review).

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.